Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 31, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed January 31, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00063-CV

____________

 

IN RE MARK L. SHIDLER, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 25, 2006, relator Mark L. Shidler,
Inc. filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t Code Ann. '22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  Relator has failed to establish it is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus.  See Tex.
R. App. P. 52.3.

 

PER
CURIAM

Petition Denied and Memorandum Opinion filed January
31, 2006.

Panel consists of Justices Hudson, Frost, and Seymore.